**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **PLAINTIFF** | ) ) ) | |
| v. | ) ) | **CIVIL NO. 1:13-CV-353-DBH** |
| **ROLAND P. GUERETTE,** | ) ) ) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On April 8, 2014, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion for Summary Judgment. The time within which to file objections expired on April 25, 2014, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion for summary judgment is **GRANTED** and a Judgment of Foreclosure and Sale shall issue in the form of the Judgment of Foreclosure and Sale that the plaintiff has filed for the court's consideration (ECF No. 7-1).

**SO ORDERED.**

**DATED THIS 7TH DAY OF MAY, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**